UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANDA FAYE WHITE,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SPOKANE COUNTY, a municipality, and CHERYL SLAGEL,<br><br>　　　　　　　　Defendants. | NO: 2:15-CV-165-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 11.  Having reviewed the Motion and the file and pleadings therein, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 11**, is **GRANTED**.

2. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 9th day of August 2016.

                                      *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2